UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEFFREY MICHAEL LIPSCOMB,<br><br>                    Petitioner,<br><br>          v.<br><br>S.B.S.D. et al.,<br><br>                    Respondent. | No. ED CV 16-01833-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///

///

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

Dated: May 14, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge