JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEFFREY MICHAEL LIPSCOMB,<br><br>Petitioner,<br><br>v.<br><br>S.B.S.D. et al.,<br><br>Respondent. | No. ED CV 16-01833-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: May 14, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge